# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BROWN,** : | CIVIL ACTION NO. 1:06-CV-01016 |
| **Petitioner** : | (Judge Conner) |
| v. : | |
| **LOUIS S. FOLINO, et al.,** : | |
| **Respondents.** : | |

## ORDER

AND NOW, this 14th day of August, 2006, upon consideration of Petitioner's motion for copies of the voir dire and trial transcripts (Doc. 15), it is hereby ORDERED that the motion (Doc. 15) is GRANTED.  Respondents shall supplement the record by filing the transcripts of voir dire and trial on or before September 1, 2006.  (*See* Doc. 14).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge