# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BROWN,** : | **CIVIL ACTION NO. 1:06-CV-01016** |
| **Petitioner** : | **(Judge Conner)** |
| v. : | |
| **LOUIS S. FOLINO, et al.,** : | |
| **Respondents.** : | |

## ORDER

AND NOW, this 20th day of September, 2006, upon consideration of petitioner's letter filed September 18, 2006 (Doc. 20) requesting copies of voir dire and trial transcripts, and it appearing from the letter of the Bradford County District Attorney's office filed September 11, 2006 (Doc. 18) that the office will not provide petitioner with said transcripts, respondents are hereby ORDERED to serve upon petitioner the attachments to the response to the petition for writ of habeas corpus (Doc. 17, Attachments 1-10), in accordance with this court's order dated August 14, 2006 (Doc. 16) and Rule 5(a) of the Federal Rules of Civil Procedure.  Petitioner shall file a reply to the response to the petition (Doc. 17) on or before October 10, 2006.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge