# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BROWN,** | CIVIL ACTION NO. 1:06-CV-01016 |
| Petitioner | (Judge Conner) |
| v. | |
| **LOUIS S. FOLINO, et al.,** | |
| Respondents. | |

## ORDER

AND NOW, this 2nd day of October, 2006, upon consideration of petitioner's motion to obtain *voir dire* and trial transcripts (Doc. 25), it is hereby ORDERED that petitioner's motion is DISMISSED as moot due to the filing of a certificate of service indicating service of said documents upon petitioner on September 27, 2006. (*See* Doc. 24.)

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge