# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY BROWN,** | **CIVIL ACTION NO. 1:06-CV-01016** |
| **Petitioner** | **(Judge Conner)** |
| v. | |
| **LOUIS S. FOLINO, et al.,** | |
| **Respondents.** | |

## ORDER

AND NOW, this 11th day of May, 2007, for the reasons set forth in the memorandum and order dated March 30, 2007 (Doc. 29) and upon consideration of petitioner's application for certificate of appealability (Doc. 30-2), it is hereby ORDERED that petitioner's application is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge